# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

*Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | JOHN R. GORMAN |
| **Case Number:** | 17-02958-MM13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MAY 30, 2018 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

*Matter:*

MOTION FOR RELIEF FROM STAY, RS #KZ-1 FILED BY U.S. BANK TRUST

*Appearances:*

DAVID SPECKMAN, ATTORNEY FOR JOHN GORMAN
RUSSEL LITTLE, ATTORNEY FOR U.S. BANK TRUST

*Disposition:*

Adequate Protection Order with terms of 12 months to be submitted. Debtor to make a payment of the terms of the APO by 6/15/18. Presumptively reasonable fees are permitted to the extent not separately paid by the Debtor(s), and to the extent funds on hand for this purpose.